PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00446-LJO-SKO |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND ORDER |
| v. | |
| JAIME QUIROZ, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

The defendant has been a fugitive since 2011; however, at this time, the evidence is insufficient to proceed with the prosecution of this case.

Dated: November 3, 2017    PHILLIP A. TALBERT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **November 6, 2017**    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

MOTION TO DISMISS AND PROPOSED ORDER